# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

FILED

2020 MAY 28 PM 2: 12

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| SARA SHANNON and ROSA PALACIOS and DEBRA CORBELLO, Individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:20-cv-00448-LY |
| v. | § § | |
| THE ALLSTATE CORPORATION, | § § | |
| Defendant. | § § | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

Pending before the Court is Defendant's Unopposed Motion for Extension of Time to Answer Plaintiffs' Class Action Complaint. After considering the Motion, the attached Declarations, and the relevant arguments and information contained therein, the Court finds that there is good cause for the Motion and the requested extension. The Court therefore GRANTS Defendant's Motion and ORDERS that Defendant shall file its response to Plaintiffs' Class Action Complaint on or before June 26, 2020.

**IT IS SO ORDERED.**

Dated: _May 28_, 2020.


HON. LEE YEAKEL
United States District Judge