IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SARA SHANNON and ROSA PALACIOS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 1:20-cv-00448-ADA-ML |
| ALLSTATE INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

**JOINT MOTION FOR ENTRY OF JUDGMENT**

COME NOW, Plaintiffs Sara Shannon and Rosa Palacios ("Plaintiffs") and Defendant Allstate Insurance Company ("AIC") (collectively, the "Parties"), who file this joint motion for entry of final judgment. The Court entered a final order granting summary judgment to AIC, denying Plaintiffs' motion for class certification, and denying Plaintiffs' motion for sanctions. (Dkt. No. 196.) Since that Order denies all relief, the "clerk must, without awaiting the court's direction, promptly prepare, sign, and enter judgment" pursuant Federal Rule of Civil Procedure 58(b)(1)(C).

Accordingly, the Parties respectfully request that the Court enter the attached Proposed Judgment.[1]

---

[1] By requesting that this Judgment be entered, Plaintiffs do not waive and indeed reserve all arguments that the Order (Dkt. No. 196) was based on an erroneous application of law and fact as to all adjudicated issues. Plaintiffs have filed a Notice of Appeal (Dkt. No. 197) and intend to appeal the Order and Judgment to the Fifth Circuit Court of Appeals.

1

| | |
|---|---|
| Dated: October 17, 2024 | Respectfully submitted, |

   /s/ John R. Davis                                              /s/ William W. Reichart III

| | |
|---|---|
| John R. Davis (TX Bar 24099518) | Michael P. O'Day (*pro hac vice*) |
| Michael L. Slack (TX Bar 18476800) | William W. Reichart III (*pro hac vice*) |
| SLACK DAVIS SANGER, LLP | DLA PIPER LLP (US) |
| 6001 Bold Ruler Way, Suite 100 | 650 S. Exeter St. |
| Austin, TX 78746 | Suite 1100 |
| Tel.: 512-795-8686 | Baltimore, Maryland 21202 |
| Fax: 512-795-8787 | Tel.: 410-580-3000 |
| jdavis@slackdavis.com | Fax: 410-580-3001 |
| mslack@slackdavis.com | michael.oday@us.dlapiper.com |
| | wes.reichart@us.dlapiper.com |
| Joe K. Longley (TX Bar No. 00000114) | |
| LAW OFFICES OF JOE K. LONGLEY | John M. Guaragna |
| 3305 Northland Dr. Suite 500 | Texas Bar No. 24043308 |
| Austin, Texas 78731 | DLA Piper LLP (US) |
| Tel.: 512-477-4444 | 303 Colorado Street, Suite 300 |
| Fax: 512-477-4470 | Austin, TX 78701 |
| joe@joelongley.com | Tel.: 512-457-7125 |
| | Fax: 512-457-7001 |
| Roger N. Heller (CA Bar 215348) (*pro hac vice*) | john.guaragna@us.dlapiper.com |
| Kenneth S. Byrd (TN Bar 023541) (*pro hac vice*) | |
| Jallé H. Dafa (CA Bar 290637) (*pro hac vice*) | COUNSEL FOR DEFENDANT ALLSTATE INSURANCE COMPANY |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | |
| 275 Battery Street, 29th Floor | |
| San Francisco, CA 94111 | |
| Tel.: 415-956-1000 | |
| Fax: 415-956-1008 | |
| rheller@lchb.com | |
| jdafa@lchb.com | |
| eballan@lchb.com | |
| | |
| COUNSEL FOR PLAINTIFFS SARA SHANNON ET AL. | |

## CERTIFICATE OF SERVICE

       I hereby certify that on the 17th day of October 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                    */s/ John R. Davis*
                                    John R. Davis