IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SARA SHANNON and ROSA PALACIOS, Individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § | 1:20-cv-00448-ADA-ML |
| v. | § § | |
| ALLSTATE INSURANCE COMPANY, | § § § | |
| Defendant. | | |

## ORDER OF FINAL JUDGMENT

On September 16, 2024, the Court entered an Order (ECF No. 196) adopting the Magistrate Judge's Report and Recommendations. That Order therefore **GRANTED** Defendant's motion for summary judgment (ECF No. 188) and **DENIED** Plaintiffs' motion for class certification (ECF No. 167). Pursuant to that order, Judgment is hereby entered. In accordance with that ruling, this is the final order disposing of all parties and issues in the case excluding any appeals granted to the parties.

SO ORDERED.

Dated: October 18. 2024

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE