# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 13, 2025
Lyle W. Cayce
Clerk

No. 24-50836

───────────────

SARA SHANNON, *Individually and on behalf of all others similarly situated*; ROSA PALACIOS,

        *Plaintiffs—Appellants*,

*versus*

THE ALLSTATE CORPORATION; ALLSTATE INSURANCE COMPANY,

        *Defendants—Appellees*.

───────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-448

───────────────

ORDER:

    IT IS ORDERED that Appellants' unopposed motion to view and obtain sealed documents is GRANTED.

_____
STUART KYLE DUNCAN
*United States Circuit Judge*