# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-50836   Shannon v. Allstate Corporation
               USDC No. 1:20-CV-448

Enclosed is an order entered in this case.

The court has considered the motion of Sara Shannon, Rosa Palacios to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Sara Shannon, Rosa Palacios may obtain all ex parte documents *filed on behalf of* Sara Shannon, Rosa Palacios, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Jalle Dafa
Mr. John Randolph Davis
Mr. Philip Devlin
Mr. John Michael Guaragna Jr.
Mr. Roger N. Heller
Mr. Kurt Howard Kuhn
Mr. Joe K. Longley
Mr. William W. Reichart III